Plaintiff's Name: David Rucker
CDC No: P-29892
Address: P.O. Box 689 DW-113U
Soledad, CA 93960

E-filing

FILED
08 MAR 18 PM 2:43
RICHARD W. WIEKING
U.S. DISTRICT COURT
[illegible] CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

In re ANDRE BOSTON et al.    Plaintiff,

vs.

BEN CURRY, WARDEN    Defendant(s).

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

CASE NUMBER: CV 08 1497 JSW (PR)

I, __David Rucker__, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. section 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   _X_ Yes   __ No   **(If "no" DO NOT USE THIS FORM)**

If "yes" state the place of your incarceration. __Correctional Training Facility Soledad__

**Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2. Are you currently employed (includes prison employment)?   _X_ Yes   __ No

   a.   If the answer is "yes" state the amount of your pay. __21.60 after restitution__

   b.   If the answer is "no" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. Have you received any money from the following sources over the last twelve months?

   a.   Business, profession, or other self-employment:    __ Yes    _X_ No

   b.   Rent payments, interest or dividends:    __ Yes    _X_ No

   c.   Pensions, annuities or life insurance payments:    __ Yes    _X_ No

   d.   Disability or workers compensation payments:    __ Yes    _X_ No

1

  e. Gifts or inheritances:  ___ Yes _X_ No

  f. Any other sources:  ___ Yes _X_ No

If the answer to any of the above is "yes," describe by that item each source of money. Also state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

4. Do you have cash (includes balance of checking or savings accounts)? ___ Yes _X_ No

  If "yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ___ Yes _X_ No

  If "yes" describe the property and state its value: _____

6. Do you have any other assets? ___ Yes _X_ No

  If "yes," list the asset(s) and state the value of each asset listed:

7. List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. section 1915(b)(2).

_2-27-08_          _David Ruth_
DATE            SIGNATURE OF APPLICANT

### CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _21.60_ on account to his/her credit at **CORRECTIONAL TRAINING FACILITY** (name of institution). I further certify that during the past six months, the applicant's average monthly balance was $ _6.66_. I further certify that during the past six months, the average of monthly deposits to the applicant's account was $ _10.80_.

(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months).

_3-14-08_       _Brenda Nation, Acct Technician_
DATE         SIGNATURE OF AUTHORIZED OFFICER
(Form Last Revised 09/18/03)

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

2



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: _3-14-08_
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Brenda Nation_
TRUST OFFICE
_Acct Technician_

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of

_RUCKER P29892_ for the last six months at
[prisoner name]

_CORRECTIONAL TRAINING FACILITY_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _10.80_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _6.66_.

Dated: _3-14-08_      _Brenda Nation Acct Technician_
                      Authorized officer of the institution

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA  93960
ATTN: TRUST OFFICE



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-14-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Brenda Nation_
TRUST OFFICE
_Acct Technician_

4

```
REPORT ID: TS3030  .701                                                         REPORT DATE: 03/14/08
                                                                                PAGE NO:           1
                            CALIFORNIA DEPARTMENT OF CORRECTIONS
                                CTF SOLEDAD/TRUST ACCOUNTING
                                INMATE TRUST ACCOUNTING SYSTEM
                                INMATE TRUST ACCOUNT STATEMENT

                        FOR THE PERIOD: OCT. 15, 2007 THRU MAR. 14, 2008

ACCOUNT NUMBER  : P29892                      BED/CELL NUMBER: CFDWT1000000113U
ACCOUNT NAME    : RUCKER, DAVID DARRELL       ACCOUNT TYPE: I
PRIVILEGE GROUP : A
                              TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE   DESCRIPTION       COMMENT       CHECK NUM   DEPOSITS    WITHDRAWALS    BALANCE

10/15/2007    BEGINNING BALANCE                                                         0.00
ACTIVITY FOR 2008
01/07*VD54    INMATE PAYROL 2047 P4                         21.60                      21.60
02/06*VD54    INMATE PAYROL 2477 P2                         21.60                      43.20
02/07 W514    VISION CARE C 2517EYEGLA                                  32.25          10.95
02/09 W502    POSTAGE CHARG 2546 POST                                    1.98           8.97
02/09 W502    POSTAGE CHARG 2546 POST                                    1.59           7.38
02/09 W502    POSTAGE CHARG 2546 POST                                    1.35           6.03
02/22 W532    DAMAGES  - PER 2705 PANTS                                  6.03           0.00
03/06*VD54    INMATE PAYROL 2862 P 22                       21.60                      21.60

                              CURRENT HOLDS IN EFFECT
DATE          HOLD
PLACED        CODE    DESCRIPTION                        COMMENT          HOLD AMOUNT

02/22/2008    H104    DAMAGES HOLD                       2705SHEETS              6.72

                            * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 02/26/99                     CASE NUMBER: *98F04631
COUNTY CODE: *SAC                            FINE AMOUNT: $    4,163.95
DATE       TRANS.    DESCRIPTION                    TRANS. AMT.    BALANCE

10/15/2007          BEGINNING BALANCE                              4,163.95
01/07/08   VR54     RESTITUTION DEDUCTION-SUPPORT          24.00-  4,139.95
02/06/08   VR54     RESTITUTION DEDUCTION-SUPPORT          24.00-  4,115.95
03/06/08   VR54     RESTITUTION DEDUCTION-SUPPORT          24.00-  4,091.95
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-14-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Brenda Nelson
TRUST OFFICE
Acct Technician

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA  93960
ATTN: TRUST OFFICE

```
REPORT ID: TS3030  .701                                    REPORT DATE: 03/14/08
                                                           PAGE NO:         2
                        CTF SOLEDAD/TRUST ACCOUNTING
                        INMATE TRUST ACCOUNT STATEMENT

            FOR THE PERIOD: OCT. 15, 2007 THRU MAR. 14, 2008

ACCT: P29892      ACCT NAME: RUCKER, DAVID DARRELL          ACCT TYPE: I

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                         TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL       TOTAL        CURRENT     HOLDS       TRANSACTIONS
BALANCE      DEPOSITS    WITHDRAWALS  BALANCE     BALANCE     TO BE POSTED
---------    --------    -----------  --------    --------    ------------
  0.00        64.80        43.20       21.60        6.72         0.00

                                              CURRENT
                                              AVAILABLE
                                              BALANCE
                                              ---------
                                                14.88
```

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-14-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE
Acct Technician