E-filing

**PROOF OF SERVICE BY MAIL
BY PERSON IN STATE CUSTODY**
(C.C.P. §§ 1013(A), 2015.5)

I, David Rucker declare:

I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California. My prison address is:

Daid Rucker, CDCR #: P-29892
CORRECTIONAL TRAINING FACILITY
P.O. BOX 689, CELL #: DW-113U
SOLEDAD, CA 93960-0689.

On February 27, 2008, I served the attached:

Complaint Under the Civil Rights Act, 42 U.S.C §§1983

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

> United States District Court For
> The Northern District Of California
> U.S. Courthouse
> 450 Golden Gate Avenue
> San Francisco, CA 94102-3483

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 27, 2008.

*David Rucker*
PRC, SC
Declarant