FILED
08 APR 11 PM 2:30
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re Andre' Boston Plaintiff,

vs.

Ben Curry, Warden Defendant.

CV 08 1497

CASE NO.

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

JSW

(PR)

I, David Rucker, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No _/_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ______________ Net: ______________

Employer: ______________

______________

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

Walmart, 1997,

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment Yes ___ No _/_

b. Income from stocks, bonds, or royalties? Yes ___ No _/_

c. Rent payments? Yes ___ No _/_

d. Pensions, annuities, or life insurance payments? Yes ___ No _/_

e. Federal or State welfare payments, Social Security or other government source? Yes ___ No _/_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

3. Are you married? Yes ___ No _/_

Spouse's Full Name: Kimyette Rucker

Spouse's Place of Employment: N/a

Spouse's Monthly Salary, Wages or Income:

Gross $ n/a Net $ n/a

4. a. List amount you contribute to your spouse's support:$ 0

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

n/a ______________________________________________

______________________________________________

5. Do you own or are you buying a home? Yes ____ No _/_

Estimated Market Value: $____________ Amount of Mortgage: $____________

6. Do you own an automobile? Yes ____ No _/_

Make ____________ Year ____________ Model ____________

Is it financed? Yes _____ No _____ If so, Total due: $ ____________

Monthly Payment: $ ____________

7. Do you have a bank account? Yes _____ No _/_ (Do not include account numbers.)

Name(s) and address(es) of bank: ____________________________

______________________________________________

Present balance(s): $ ____________________________

Do you own any cash? Yes ___ No _/_ Amount: $ ____________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No _/_

______________________________________________

8. What are your monthly expenses?

Rent: $ 0 Utilities: 0

Food: $ 0 Clothing: 0

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
| --- | --- | --- |
| 0 | $ 0 | $ 0 |
| 0 | $ 0 | $ 0 |
| 0 | $ 0 | $ 0 |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

$10,000 Restitution

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No _/_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

DATE SIGNATURE OF APPLICANT

Case Number: CV 08 1497

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of RUCKER P29892 [prisoner name] for the last six months CORRECTIONAL TRAINING FACILITY [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 14.40 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 10.55.

Dated: 4-8-08

Brenda Natien Acct Technician
[Authorized officer of the institution]

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN. TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 4-8-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Brenda Natien
TRUST OFFICE
Acct Technician

REPORT ID: TS3030 .701 REPORT DATE: 04/08/08
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CTF SOLEDAD/TRUST ACCOUNTING
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 09, 2007 THRU APR. 08, 2008

ACCOUNT NUMBER : P29892 BED/CELL NUMBER: CFDWT1000000113U
ACCOUNT NAME : RUCKER, DAVID DARRELL ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 11/09/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| ACTIVITY FOR 2008 | | | | | | | |
| 01/07* | VD54 | INMATE PAYROL | 2047 P4 | | 21.60 | | 21.60 |
| 02/06* | VD54 | INMATE PAYROL | 2477 P2 | | 21.60 | | 43.20 |
| 02/07 | W514 | VISION CARE C | 2517EYEGLA | | | 32.25 | 10.95 |
| 02/09 | W502 | POSTAGE CHARG | 2546 POST | | | 1.98 | 8.97 |
| 02/09 | W502 | POSTAGE CHARG | 2546 POST | | | 1.59 | 7.38 |
| 02/09 | W502 | POSTAGE CHARG | 2546 POST | | | 1.35 | 6.03 |
| 02/22 | W532 | DAMAGES - PER | 2705 PANTS | | | 6.03 | 0.00 |
| 03/06* | VD54 | INMATE PAYROL | 2862 P 22 | | 21.60 | | 21.60 |
| 03/24 | FC01 | DRAW-FAC 1 | 3084 ML | | | 14.88 | 6.72 |
| 04/03* | VD54 | INMATE PAYROL | 3154 P14 | | 21.60 | | 28.32 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 02/26/99 CASE NUMBER: *98F04631
COUNTY CODE: *SAC FINE AMOUNT: $ 4,163.95

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 11/09/2007 | | BEGINNING BALANCE | | 4,163.95 |
| 01/07/08 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 24.00- | 4,139.95 |
| 02/06/08 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 24.00- | 4,115.95 |
| 03/06/08 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 24.00- | 4,091.95 |
| 04/03/08 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 24.00- | 4,067.95 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED. *

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 4-8-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Brenda Gatica
TRUST OFFICE
Acct Technician

REPORT ID: TS3030 .701

REPORT DATE: 04/08/08
PAGE NO: 2

CALIFORNIA DEPARTMENT OF CORRECTIONS
CTF SOLEDAD/TRUST ACCOUNTING
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 09, 2007 THRU APR. 08, 2008

ACCT: P29892 ACCT NAME: RUCKER, DAVID DARRELL ACCT TYPE: I

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 86.40 | 58.08 | 28.32 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 28.32 |

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 4-8-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Brenda Hatian
TRUST OFFICE
Acct Technician