1  David Rucker P-29892
   P.O. Box 689 DW-113U
2  Soledad, CA 93960

FILED

08 JUN -9 PM 2: 38

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3

4              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
5

   David Rucker, et.al  )   No. C08-1497JSW (PR)
6         Plaintiff      )   REQUEST FOR THE COURT TO RECONSIDER
        v.               )   DISMISSAL OF 1983 CIVIL RIGHTS ACTION;
7                        )
                         )
   Ben Curry, Warden     )   NOTICE OF APPEAL;
8      Defendant         )
                         )   REQUEST FOR CERTIFICATE
9  ┌────────────────────┘   OF APPEALABILITY;

10 To the United States District Court For The Northern District Of

11 California:

12      Plaintiff, a California prisoner, filed this pro se civil

13 rights complaint under 42 U.S.C. §1983.  The court on May 8,

14 2008, because of procedural problems ordered the "Dismissal Of

15 The Complaint With Leave To Amend" for plaintiff Rucker.  The

16 court gave plaintiff 30 days from the date the order was filed.

17      Because plaintiff is not a licensed attorney, plaintiff filed

18 a motion asking the court for some "Clarification" and

19 "Appointment of Counsel" on May 14,and 19,2008.  On May 28, 2008

20 the court ordered the dismissal of the motions for

21 "Clarification" and "Appointment of Counsel".  In the court's

22 order the judge states that the plaintiff did not intend to cure

23 the deficiencies in the complaint, so the court dismissed

24 plaintiffs complaint.

25 The plaintiff's lack of legal knowledge to express his intentions

26 in writing has obviously confused the court.

27      Plaintiff was only petitioning the court to let it know that

28

1 | as Chairman of the institution's Men's Advisory Council he

2 | represents the General Population here at CTF-Central Facility,

3 | Soledad State Prison, and as such, it was necessary for the

4 | complaint to be recognized as a class action.(see motion for

5 | Clarification dated May 14, 2008)' Plaintiff never meant to give

6 | the court the impression that he would not comply with the courts

7 | order to amend the complaint.  Plaintiff has done this, but

8 | because of his lack of legal knowledge was waiting on the courts

9 | response to his motion For Clarification.

10 |     Plaintiff would like the court to notice that he has payed

11 | the filing fee, and that he has never exceeded the 30 days that

12 | was given by the court to amend the complaint.  Plaintiff is

13 | attaching the amended complaint, with all signatures removed but

14 | his own.

15 |     Plaintiff request the court, if it decides not to reconsider

16 | its dismissal of the 1983 Civil complaint to allow this to act as

17 | a request for Notice Of Appeal, and Certificate Of Appealability.

18 |     Plaintiff would like to apologize to the court for not being

19 | more clear of his intentions.  In the future the plaintiff will

20 | not fail to comply with the courts direct orders.

21

22

23

24 | Date: June 5, 2008

David Rucker
Plaintiff, Pro-Se

25

26

27

28

## PROOF OF SERVICE BY MAIL
### BY PERSON IN STATE CUSTODY
(C.C.P. §§ 1013(A), 2015,5)

I, _____David Rucker_____, declare:

I am over 18 years of age and I am party to this action.  I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California.  My prison address is:

> _David Rucker_____, CDCR #: _P-29892___
> CORRECTIONAL TRAINING FACILITY
> P.O. BOX 689, CELL #:  _D-Wing 113U_
> SOLEDAD, CA  93960-0689.

On ___June 5, 2008_____, I served the attached:

_Notice of Appeal, Request for Certificate of Appealability,_

Request for the Court to Reconsider Dismissal of 1983 Civil Rights Action,
Copy of Amended Complaint

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined.  The envelope was addressed as follows:

> UNITED STATES DISTRICT COURT
> FOR THE NORTHERN DISTRICT OF CALIFORNIA
> 450 Golden Gate Avenue
> San Francisco, California 94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on _June 5, 2008_____ .

> _____David Rucker_____
> Declarant